# Court of Appeals
# of the State of Georgia

ATLANTA, July 02, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0147. SEAN WARD v. BRITTNEY MCGHEE.**

Appellant's request for an extension of time to file a discretionary application is hereby GRANTED; Appellant is granted a 30-day extension resulting in a due date of August 8, 2025; no further extensions may be granted. See Court of Appeals Rule 16 (c).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 07/02/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*